Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Angelina Davila

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANGELINA DAVILA (SSN XXX-XX-4702), Plaintiff, vs. CAROLYN W. COLVIN, Acting Commissioner Of Social Security, Defendant. | Case No.: CV14-02844-~~BRO~~ DFM  [~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **FIVE THOUSAND ONE HUNDRED AND NINETY NINE DOLLARS** ($5,199.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: December 1, 2014

_____
HON. DOUGLAS F. McCORMICK
United States Magistrate Judge